<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2047**

———————

FRANK PAUL LUKACS,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES; HAROLD E. VARMUS, Dr., Direc-
tor, National Institute of Health; RICHARD
CLAUSNER, Dr., Director, National Cancer
Institute; BEVERLY LOTT WYATT, Chief, Research
Contracts Branch, National Cancer Institute;
DAVID SNIGHT, Chief, Research Contracts
Branch, Division of Contracts and Grants, OA,
OD, National Institute of Health; PHILIP
AMORUSO, Executive Director, National Cancer
Institute; MAXINE RICHARDSON, Equal Employment
Opportunity Manager, National Cancer Insti-
tute; MARIANNE WAGNER, Personnel Officer,
National Cancer Institute; DIANE ARMSTRONG,
Equal Employment Opportunity Director, Nation-
al Institute of Health; JAMES KING, Director,
Office of Personnel Management; SANDRA THOMAS,
Equal Employment Opportunity Manager, National
Cancer Institute,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
96-2913-PJM)

———————

Submitted: January 15, 1998          Decided: January 26, 1998

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Frank Paul Lukacs, Appellant Pro Se.  Earle Bronson Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders: (1) adopting the magistrate judge's recommendation and striking a portion of Appellant's 540 page brief in opposition to a Motion to Dismiss; (2) dismissing without prejudice twenty motions Appellant filed in relation to his civil complaint and directing that all parties file no further motions; and (3) returning to Appellant his Motion for Partial Summary Judgment and his Motion for Reconsideration of the order dismissing the twenty motions, both of which were filed after the court had ordered the parties not to file any additional motions.

We find that the district court did not abuse its discretion in dismissing Appellant's Motion for Injunctive Relief. See Black-welder Furniture Co. v. Seilig Mfg. Co., 550 F.2d 189, 195-96 (4th Cir. 1977). Accordingly, we affirm the denial of injunctive relief.

We dismiss the appeal of the remaining orders for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

3

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART